UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK S. DOMINGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SELENE FINANCE, LP,<br><br>  Defendant. | Case No. 23-cv-06225-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the further case management conference held on December 12, 2024, the Court adopts the following schedule to determine whether Selene is an "assign" as a matter of law within the meaning of Section 13 of Plaintiff's Deed of Trust.  Discovery and proceedings on other issues in the case are held in abeyance pending the resolution of the "assign as a matter of law" question.

| | |
|---|---|
| Completion of discovery: | March 12, 2025 |
| Motion for Partial Summary Judgment: | April 1, 2025 |
| Opposition to Motion: | April 21, 2025 |
| Reply in Support of Motion: | May 1, 2025 |
| Hearing: | June 12, 2025 at 10:00 a.m. |

The Court adopts the discovery limitations proposed by Plaintiff; namely, Plaintiff may serve 10 interrogatories and requests for production of documents, and take up to two depositions of no more than four hours each.  These limitations apply only to the above narrow issue.

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge