UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK S DOMINGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SELENE FINANCE, LP,<br><br>    Defendant. | Case No. 23-cv-06225-JSC<br><br>**PRETRIAL ORDER NO. 2: CASE SCHEDULE THROUGH CLASS CERTIFICATION** |

Following the further case management conference held on November 5, 2025, the Court ORDERS the following deadlines:

- Initial Disclosures       November 7, 2025
- Move to Amend Pleadings       January 9, 2026
- Fact Discovery       August 14, 2026
- Expert Reports       August 28, 2026
- Rebuttal Expert Reports       October 14, 2026
- Plaintiffs' Motion for Class Certification       December 15, 2026

A further case management conference is scheduled for April 8, 2026 at 2:00 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance.

All depositions must be noticed at least 30 days before the close of fact discovery. Any discovery-related letter briefs or motions are due one week after the close of fact discovery. The exact same rules apply to expert discovery. *See* N.D. Cal. Civ. L.R. 37-3.

\\

\\

**IT IS SO ORDERED.**

Dated: November 5, 2025

JACQUELINE SCOTT CORLEY
United States District Judge